CHARLES ERICKSON, Respondent, *v.* THE TWENTY-THIRD STREET RAILWAY COMPANY, Appellant.

(Argued December 7, 1894; decided December 21, 1894.)

APPEAL from judgment of the General Term of the Supreme Court in the second judicial department, entered upon an order made July 28, 1893, which affirmed a judgment in favor of plaintiff entered upon a verdict, and also affirmed an order denying a motion for a new trial.

*Edmund Randolph Robinson* for appellant.

*J. Edward Swanstrom* for respondent.

Agree to affirm ; no opinion.
All concur.
Judgment affirmed. _____